Frank J. Liesman, plaintiff in error, v. J. Q. Primm, justice of the peace, and Less Williamson, defendants in error.

Petition for mandamus to compel a justice of the peace to issue an execution. Petition dismissed. Error to the Circuit Court of Logan county; the Hon. Frank Lindley, Judge, presiding. Heard in

this court at the April term, 1922. Affirmed. Opinion filed July 10, 1922.

McCormick & Murphy, for plaintiff in error. Harold F. Trapp, for defendants in error.

Mr. Justice Heard delivered the opinion of the court.